**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **VERA NGUM AKAH,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:26-CV-1225-L** |
| | § | |
| **MARKWAYNE MULLIN,** *Secretary of* | § | |
| *the Department of Homeland Security,* | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff Vera Ngum Akah's Motion to Substitute Counsel ("Motion") (Doc. 4), filed May 11, 2026. Counsel for Plaintiff, Mr. Miguel A. Taboada of The Presti Law Firm, PLLC, requests that he be allowed to withdraw as counsel for Plaintiff. The court determines that the Motion should be, and is hereby, **granted.** Accordingly, the court **allows** Mr. Miguel A. Taboada of The Presti Law Firm, PLLC to withdraw as counsel for Plaintiff, and he is relieved of any further obligation to or representation of Plaintiff in this case. Ms. Karina Roque of The Presti Law Firm, PLLC is hereby substituted as counsel of record for Plaintiff Vera Ngum Akah.

**It is so ordered** this 12th day of May, 2026.

Sam A. Lindsay
United States District Judge

Order – Solo Page