IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VERA NGUM AKAH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:26-cv-1225-L-BN |
| | § | |
| MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER ON OPAQUE CERTIFICATE OF CONFERENCE**

Plaintiff filed a motion for leave to amend and supplement the mandamus petition on September 1, 2026 that includes a certificate of conference explaining that, "[o]n August 31, 2026, undersigned counsel conferred with counsel for Respondent, regarding their position on this motion"; that, "[a]s of the filing of this motion, no response has been received"; and, so, "Plaintiff is unable to state whether the Motion is opposed or unopposed." Dkt. No. 14 at 4. This language fails to indicate that counsel meaningfully conferred prior to Plaintiff's filing the motion for leave. Such a failure frustrates the Court's management of this litigation, especially where September 18, 2026 is the government's deadline to respond to the petition. *See* Dkt. No. 11. And, so, unless the sides meaningfully meet and confer and provide further guidance to the Court, it will take no action on the motion for leave until after September 18.

SO ORDERED.

DATED: September 3, 2026

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE