IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VERA NGUM AKAH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:26-cv-1225-L-BN |
| | § | |
| MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The Court ORDERS Plaintiff to file by **October 2, 2026** a notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) or a response to the motion to dismiss this lawsuit as moot [Dkt. Nos. 16 & 17]. Failure to do either could result in sanctions.

SO ORDERED.

DATE: September 23, 2026

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE